■ BARBARA FISKO et al., Appellants, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Respondent. [740 NYS2d 207] —Order, Supreme Court, New York County (Paula Omansky, J.), entered January 10, 2001, which, inter alia, granted defendant's motion for summary judgment dismissing the complaint in this personal injury action, unanimously affirmed, without costs.

Defendant, as an out-of-possession landlord, could not be held liable under the circumstances, since there is no indication that it had notice of the alleged hazard, a defectively secured drain hole cover, and the relevant lease provision plainly demonstrates that the parties to the lease intended that the tenant would be responsible for routinely maintaining the "good order and condition" of fixtures such as the drain hole cover (see, *Velazquez v Tyler Graphics*, 214 AD2d 489). Concur—Mazzarelli, J.P., Saxe, Rosenberger, Ellerin and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN STROMAN, Appellant. [740 NYS2d 208] —Judgment, Supreme Court, New York County (Laura Visitacion-Lewis, J., at suppression hearing; Charles Solomon, J., at plea and sentence), rendered September 13, 2000, convicting defendant of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 15 years, unanimously affirmed.

Defendant's suppression motion was properly denied. Probable cause for defendant's arrest was established by the principal informant's statements, which were clearly based on his personal observations. The requirement of reliability was satisfied because these statements contained significant declarations against penal interest (see, *People v Johnson*, 66 NY2d 398, 403-404), and were amply corroborated by "information obtained from a source other than the informant's statement" (*People v DiFalco*, 80 NY2d 693, 698 [emphasis omitted]; see also, *People v Calise*, 256 AD2d 64, *lv denied* 93 NY2d 851), including information obtained from two eyewitnesses and from police investigation. Concur—Mazzarelli, J.P., Saxe, Rosenberger, Ellerin and Marlow, JJ.